UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

SECRET
U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2013 AUG 14 P 3:51

BY
DEPUTY CLERK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No.** 2:13-CR-00142-NT-02 |
| | ) | |
| **EWAN VAN KALSBEEK** | ) | |
| **a/k/a "Ian"** | ) | |

## MOTION TO SEAL

The United States moves that the Indictment in this case, as well as all associated docket entries, be sealed. The public disclosure of the fact that an indictment has been returned could result in the flight of the defendant, the destruction of evidence, or danger to law enforcement officers who seek to effectuate the defendant's arrest.

The Government requests that the Indictment and associated docket entries be unsealed upon the defendant's arrest.

Date: August 14, 2013

Thomas E. Delahanty II
United States Attorney

Michael J. Conley
Assistant U.S. Attorney