2:13-cr-00142-NT-02

SECRET

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2013 AUG 14 P 3:51

BY______
DEPUTY CLERK

**Indictment Synopsis**

| | |
|---|---|
| **Name:** | Ewan Van Kalsbeek |
| **Address:**<br>**(City & State Only)** | London, England |
| **Year of Birth and Age:** | 1988, 25 |
| **Violations:** | **Count One**: Conspiracy to manufacture, distribute and possess with intent to distribute marijuana, in violation of 21 U.S.C. §§ 846 and 841(a)(1).<br><br>**Count Two**: Conspiracy to import marijuana, in violation of 21 U.S.C. § 963, 952(a), 960(a)(1) and 960(b)(4).<br><br>**Count Four**: Conspiracy to launder monetary instruments, in violation of 18 U.S.C. §§ 1956(h), 1956(a)(1), 1956(a)(2)(A) and 1956(a)(2)(B). |
| **Penalties:** | **Count One**: Imprisonment of not more than twenty years (21 U.S.C. § 841(b)(1)(C)), or a fine not to exceed one million dollars ($1,000,000) (21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 3571(b)(1)), or both.<br><br>This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3).<br><br>**Count Two**: Imprisonment of not more than five years (21 U.S.C. §§ 960(b)(4) and 841(b)(1)(D)), or a fine not to exceed $250,000 (21 U.S.C. §§ 960(b)(4) and 841(b)(1)(D) and 18 U.S.C. § 3571(b)(1)), or both.<br><br>This is a Class D felony pursuant to 18 U.S.C. § 3559(a)(4).<br><br>**Count Four**: Imprisonment of not more than twenty years (18 U.S.C. § 1956(a)), or a fine not to exceed the greater of $500,000 or twice the value of the property involved in the transaction (18 U.S.C. § 1956(a)), or both.<br><br>This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |

| | |
|---|---|
| **Supervised Release:** | **Count One**: Not less than three years and not more than life. 21 U.S.C. § 841(b)(1)(C).<br><br>**Count Two**: Not less than two years and not more than life. 21 U.S.C. § 841(b)(1)(D).<br><br>**Count Four**: Not more than three years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts One, Two and Four**: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts One and Two**: Life less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>**Count Four**: Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Pending appointment/retention |
| **Primary Investigative Agency and Case Agent Name:** | Department of Homeland Security, Homeland Security Investigations<br>Special Agent Dave Fife |
| **Detention Status:** | Warrant of Arrest to Issue |
| **Foreign National:** | Yes |
| **Foreign Consular Notification Provided:** | Pending |
| **County:** | Cumberland |
| **AUSA:** | Michael J. Conley |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |