UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
PORTLAND MAINE
RECEIVED AND FILED
2016 MAR -2 P 4: 22
DEPUTY CLERK
SCANNED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Crim. No. 2:13-CR-00142-NT |
| v. | ) | |
| | ) | |
| GYPSY NIRVANA | ) | |
| EWAN VAN KALSBEEK a/k/a "Ian" | ) | |

## MOTION FOR LIMITED UNSEALING OF INDICTMENT AND ARREST WARRANT

The United States of America, by and through its attorneys, Thomas E. Delahanty II, United States Attorney for the District of Maine, and Michael J. Conley, Assistant United States Attorney, moves for entry of an Order unsealing the Indictment and arrest warrant in the above-captioned matter for the limited purpose of permitting the government to disclose the Indictment and arrest warrant to government personnel, including those of a foreign government, as necessary to assist in the apprehension and extradition of defendant Van Kalsbeek to the United States. In support of its motion, the government states:

1. On or about August 14, 2013, a federal grand jury sitting in the District of Maine returned a four-count Indictment charging defendants Gypsy Nirvana and Ewan Van Kalsbeek with conspiracy to distribute marijuana (Count One), in violation of 21 U.S.C. §§ 846 and 841(a)(1); conspiracy to import marijuana (Count Two), in violation of 21 U.S.C. §§ 963 and 952(a); conspiracy to export marijuana (Count Three-Nirvana only), in violation of 21 U.S.C. §§ 963 and 953; and conspiracy to engage in money laundering, in violation of 18 U.S.C. § 1956(h).

2. The government is in the process of attempting to extradite defendant Van Kalsbeek from the United Kingdom. This process entails working with government personnel from both the United States and the United Kingdom. As a condition of extradition, the

government is required to unseal the indictment and arrest warrant for purposes of providing these documents to officials in the United Kingdom.

3. To safeguard one or more cooperating witnesses and to protect the government's ongoing investigation, the Indictment in this case remains sealed.

4. Accordingly, the government respectfully requests entry of the attached proposed Order so that it may pursue the extradition of defendant Van Kalsbeek.

Respectfully submitted,

Thomas E. Delahanty II
United States Attorney

Dated: March 2, 2016

Michael J. Conley
Assistant United States Attorney