**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2019 DEC 12 P 3:43
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
) Crim. No. 13-cr-142-JDL
)
EWAN VAN KALSBEEK ) ***Under Seal***
a/k/a "Ian" )

**NOTICE OF DISMISSAL**

The Government hereby dismisses the indictment in this case pursuant to Rule 48(a).

Dated in Portland, Maine this 12th day of December 2019.

Halsey B. Frank
United States Attorney

Michael J. Conley
Assistant U.S. Attorney
U.S. Attorney's Office
100 Middle St.
Portland, ME 04101
michael.conley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2019, I filed the foregoing Notice of Dismissal using the Court's CM/ECF system. There is no counsel of record.

Michael J. Conley
Assistant U.S. Attorney