**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EWAN VAN KALSBEEK | No. 2:13-cr-00142-JDL |

# MOTION TO UNSEAL

The United States respectfully moves this court for an order unsealing the Indictment and all related filings in this case as to defendant Ewan Van Kalsbeek.

An Order of Discharge was filed as to defendant Ewan Van Kalsbeek on December 19, 2019 (Dkt. 27). The basis for sealing this case set forth in the government's original Motion to Seal (Dkt. 2) no longer exists.

WHEREFORE, the government requests that the court unseal the Indictment and all related documents relating to defendant Ewan Van Kaslbeek.

Dated:September 30, 2026

Respectfully submitted,

ANDREW B. BENSON
UNITED STATES ATTORNEY

*/s/ F. Todd Lowell*
F. Todd Lowell
Assistant United States Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101
(207) 780-3257
Todd.Lowell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2026, I electronically filed this **Motion to Unseal** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

ANDREW B. BENSON
UNITED STATES ATTORNEY

*/s/ F. Todd Lowell*
F. Todd Lowell
Assistant United States Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101
(207) 780-3257
Todd.Lowell@usdoj.gov